UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:16-cr-135-FtM-38CM

SAMANTHA LYNN BADGER
_____

### **PRELIMINARY ORDER OF FORFEITURE**

This matter comes before the Court pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) for a preliminary order of forfeiture for approximately $4,673.00 in U.S. Currency.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been found guilty of possession with intent to distribute cocaine base and heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the asset identified above, the government is now entitled to possession of the asset, pursuant to the provisions of 21 U.S.C. § 853, and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

Pursuant to 21 U.S.C. § 853, and Federal Rule of Criminal Procedure 32.2(b)(2), the asset identified above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

This order shall become a final order of forfeiture as to the defendant at sentencing.

Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**ORDERED** in Fort Myers, Florida, this 17th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record