UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-135-FtM-38CM

SAMANTHA LYNNE BADGER

## **ORDER**

This matter came before the Court at a Sentencing hearing on December 4, 2017. At the hearing, the Court discussed with Counsel and Pretrial Services modifying Defendant's conditions of pretrial release. After hearing the representations of counsel and pretrial services and for good cause shown, the court will modify the Defendant's conditions of pretrial release as outlined below. Accordingly, it is now

**ORDERED:**

Defendant's Conditions of Release are modified as follows:

1) Defendant shall submit to GPS monitoring or location verification system and comply with all of the program requirements and instructions provided. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any electronic monitoring or location verification system. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by the Pretrial Services Office.

2) Defendant shall be restricted to your residence every day from 10:00 PM to 7:00 AM or as directed by the Pretrial Services Office depending upon work schedules.

The remaining conditions of supervision previously imposed remain in full effect.

**DONE AND ORDERED** at Fort Myers, Florida, this 5th day of December, 2017

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record